

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2022

No. 04-22-00004-CV

**RATTLESNAKE RIDGE VENTURES, LLC**,
Appellant

v.

Alicia **ORTIZ**, Individually and as Next Friend of M.D.M. and A.D.M.,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-21-372
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Lori I. Valenzuela, Justice

The panel has considered Appellee's motion for rehearing; the motion is denied. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court